UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:11-CR-75(01) RM |
| ) | |
| RAFAEL IBARRA-DIAZ ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on July 27, 2011 [Doc. No. 6]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Rafael Ibarra-Diaz's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 8 U.S.C. § 1326(a).

SO ORDERED.

ENTERED:  August 22, 2011

/s/ Robert L. Miller, Jr.
Judge
United States District Court